O



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARIO ALBERTO RODRIGUEZ <br> Defendant. | CASE NO. 8:13-CR-00068 RGK <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will not flee

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will not pose a danger.

IT IS ORDERED that defendant be detained.

DATED: 11/8/18

_____
UNITED STATES MAGISTRATE JUDGE

2